No. 01–7917. BURTON v. STATE BAR OF GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–7970. STUART v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7982. JACKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7999. CLARK v. CHUANG ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8000. CROSBY v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 01–8018. DAWKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8027. ALCALA-RODRIGUEZ, AKA SANCHEZ-VILLADARES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–8033. STRINGER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–8034. QUINONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8062. CASTRO RODRIGUEZ v. UNITED STATES; GARCIA LOREDO v. UNITED STATES; GUEVARA MARISCAL v. UNITED STATES; GUTIERREZ HERNANDEZ v. UNITED STATES; LOPEZ GUERRERO v. UNITED STATES; and VEGA DEL TORO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8073. HETH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8078. HAYES v. POTTER, POSTMASTER GENERAL. C. A. 4th Cir. Certiorari denied.

No. 01–8081. FAIR v. CONROY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.